Michelle R. Matheson  #019568
Matthew E. Walls # 026523
MATHESON & MATHESON, P.L.C.
14358 N. Frank Lloyd Wright Blvd.
Suite 11
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
mwalls@mathesonlegal.com
Attorneys for Plaintiff

D. Samuel Coffman (#011428)
Tricia Schafer (#018748)_
MARISCAL, WEEKS, McINTYRE
 & FRIEDLANDER, P.A.
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| RIC GABBERT, a married man, | Case No. 2:11-CV-0547-PHX-DGC |
| Plaintiff, | |
| v. | **JOINT 60(a) MOTION FOR RELIEF** |
| CHIRO PLUS CHIROPRACTIC CENTER, P.C., an administratively dissolved domestic corporation, FIRST MEDICAL PLUS FAMILY PRACTICE, INC, a domestic corporation, BODYAZ AESTHETIC MEDSPA, LLC, a domestic limited liability company, and DR. MATTHEW B. HARTY, an unmarried man, | |
| Defendants. | |

Defendants Chiro Plus Chiropractic Center, P.C., First Medical Plus Family Practice, Inc., BodyAZ Aesthetic Medspa, LLC and Dr. Matthew B. Harty (collectively "Defendants") and Plaintiff Ric Gabbert ("Gabbert") (collectively the "Parties") by and through undersigned counsel, respectfully request that the Court correct the sealed document filed on September 30, 2011 [Dkt. 25] pursuant to Fed.R.Civ.P. 60(a) due to a clerical mistake.

The Parties filed a Joint Motion to File Under Seal Confidential Settlement Agreement and Approval of Confidential Settlement Agreement and Stipulation for Dismissal with Prejudice on September 19, 2011 [Dkt. 21].  Due to a clerical error, the proposed settlement agreement was not filed with the motion on September 19 but was filed the following day.  [Dkt. 23].  At the time of the filing, it was believed by Defendants that the version filed, although not yet signed, represented a final version of the settlement.  However, the lodged agreement turned out not to be the final version of the Parties' settlement agreement.  Subsequently, the Court approved the joint motion [Dkt. 24] and approved the draft of the confidential settlement agreement [Dkt. 25].

The Parties have since finalized their settlement agreement and executed the same. The Parties hereby represent to the Court that the revised agreement submitted herewith did not materially change the terms of the settlement agreement previously approved by the Court and particularly did not change the amount of the settlement sum.  Instead, the revisions reflect certain wordsmithing of various provisions and a clarification of the confidentiality provision.

1  The Parties therefore request that the Court approve the finalized settlement
2  agreement submitted herewith, file it under seal and replace Document 25 with the
3  finalized agreement.  The Court may correct clerical mistakes, such as this, pursuant to
4  Fed.R.Civ.P. 60(a).

Dated this 28th day of October, 2011.

  s/ Michelle R. Matheson
     Michelle R. Matheson  #019568
     Matthew E. Walls # 026523
     MATHESON & MATHESON, P.L.C.
     14358 N. Frank Lloyd Wright Blvd.
     Suite 11
     Scottsdale, Arizona 85260
     (480) 889-8951
     Attorneys for Plaintiff


   s/ Michelle R. Matheson  for
  D. Samuel Coffman (#011428)
  Tricia Schafer (#018748_
  MARISCAL, WEEKS, McINTYRE
   & FRIEDLANDER, P.A.
  2901 North Central Avenue, Suite 200
  Phoenix, Arizona 85012-2705
  Phone: (602) 285-5000
  Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on this 28th day of October 2011, I electronically transmitted a PDF version of this document to the Office of the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the Following CM/ECF registrants:

The Honorable David G. Campbell
United States District Judge

s/ Heather Daniels